UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BROOKE L. MOSHER,

    Plaintiff,

    v.

NOAH VALENTINE AND TOWING COMPANY,

    Defendant.

Case No. 24-cv-24-JPG

## JUDGMENT

This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for lack of jurisdiction.

**DATED:** February 6, 2024      MONICA A. STUMP, Clerk of Court

                                                              **s/Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**